

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2018

**BY HAND AND ECF**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Arthur Budovsky* v. *United States*, 18 CV 7514 (DLC), 13 CR 368-04 (DLC)

Dear Judge Cote:

    On or about August 28, 2018, the Court ordered the Government to file an answer or other pleadings within 60 days in response to the above-captioned motion brought under 28 U.S.C. § 2255. The motion includes allegations of ineffective assistance of counsel with respect to both Movant's trial counsel and appellate counsel. In order to allow enough time to gather information regarding these allegations from both trial counsel and appellate counsel, the Government respectfully requests an extension of 60 days (to December 26, 2018) to file its responsive pleadings.

                                      Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                 By:  */s/ Christine I. Magdo*
                              Christine I. Magdo
                              Assistant United States Attorney
                              (212) 637-2297

cc: Marshall A. Mintz, Esq. (by ECF)